DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

AJAY KRISHNAMURTHY (CABN 305533)
KEVIN J. BARRY (CABN 229748)
LINA Y. PENG (NYBN 5150032)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Email: ajay.krishnamurthy@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JONATHAN JOSEPH NELSON et al, <br><br> Defendants. | CASE NO. 17-CR-533-EMC <br><br> **UNITED STATES' APPLICATION TO FILE EXHIBIT UNDER SEAL AND [PROPOSED] ORDER** |

The United States, by and through its counsel, Assistant United States Attorney, Lina Peng, hereby moves the Court for an order, pursuant to Local Criminal Rule 56.1, granting leave to file under seal Exhibit B attached to the Declaration of Lina Peng in Support of the United States' Opposition to Wendt's Motion to Exclude or Limit the Expert Testimony on Historical Cellular analysis. This exhibit contains personally identifiable information, to include phone numbers and addresses.

//
//
//
//

| | |
|---|---|
| DATED:  February 12, 2021 | Respectfully submitted, |
| | DAVID L. ANDERSON<br>United States Attorney |
| | ___/s/_____<br>KEVIN J. BARRY<br>AJAY KRISHNAMURTHY<br>LINA Y. PENG<br>Assistant United States Attorneys |

# [PROPOSED] ORDER

Based upon the motion of the United States and for good cause shown, IT IS HEREBY ORDERED that the United States' application for leave to file Exhibit B to the Declaration of Lina Peng in support of the United States' opposition to Wendt's motion to exclude or limit expert testimony is GRANTED.

**IT IS SO ORDERED.**

Dated: _____                     _____
                                           HON. EDWARD M. CHEN
                                           United States District Judge