UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** April 1, 2026          **Time:** 2:31-2:43          **Judge:** EDWARD M. CHEN
                                        12 Minutes

**Case No.:** 17-cr-00533-EMC-12      **Case Name:**  United States v. Merl Frederick Hefferman

**Attorney for Government:** Kevin Barry
**Attorney for Defendant:** James Bustamante
**Defendant:** [X] Present   [] Not Present
**Defendant's Custodial Status:** [] In Custody  [X] Not in Custody

**Deputy Clerk:** Vicky Ayala                **Court Reporter:** Marla Knox

### PROCEEDINGS HELD VIA ZOOM MEETING

Status Conference.

### SUMMARY

Parties stated appearances.  Parties agreed to appear via videoconference.

Defense counsel indicated defendant is scheduled for a coronary angiogram catheterization on 4/10/2026.  This procedure will determine if any further treatment is needed. Defense counsel further indicated that defendant continues to experience SOB and is unable to walk.  Defense counsel proposed defendant's self-surrender date be extended to 5/8/2026 and to continue this hearing prior to defendant's self-surrender date.  Government concurred.  Government stated if defendant's angiogram does not require any further treatment, defendant will self-surrender to Lompoc on 5/8/2026. Court granted extension of defendant's self-surrender date.

Court ordered defendant to **self-surrender to Lompoc on 5/8/2026, by 12:00 PM.**  Court will set a further status conference prior to defendant's self-surrender date to determine if additional medical treatment is needed.

CASE CONTINUED TO: **4/22/2026, at 2:30 PM for a Status Conference via Zoom Meeting.**